THE UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

Case No.07-1637 (JR)

| | |
|---|---|
| DOROTHY DIER<br>Incapacitated<br>Summit Park Holding Facility<br>1502 Frederick Rd. Catonsville, MD 21228<br>JERRY L. DIER, her son and next friend<br>11448 Rowley Rd. Clarksville, MD 21029<br>(202)276-8716<br>　　　　　　Plaintiffs<br><br>vs.<br><br>PHYLLIS MADACHY, DIRECTOR<br>OFFICE OF AGING,<br>HOWARD COUNTY, MARYLAND<br>Court Appointed Guardian of the Person<br>DOROTHY DIER held incapacitated<br>Designated agents, Peggy Rightenauer, Opheila Ross<br>6751 Gateway Drive, Columbia, MD 21046 and<br>JUDGE DENNIS SWEENEY,<br>State of Maryland, Howard County Circuit Court,<br>Howard County, Maryland<br>8360 Court Avenue, Ellicott City, MD 21043<br>Summit Park Health and Rehabilitation Center<br>Court Ordered Holding Facility<br>Director, Jacqueline. Hardy and designee Lottie Dorsey<br>And Doctors Bernhard, Baskeran and Tansandra and<br>Unit manager, Kim Williams and<br>Charge nurse, Richards, amongst others<br>1502 Old Frederick Rd.<br>Catonsville, MD 21228<br>　　　　　　Defendants | Petition for a Writ of<br>Habeas Corpus for a<br>Person found Incapacitated<br><br>In State Custody<br><br>In The<br>Howard County<br>Circuit Court<br>Case No: 13-C-0563324 |

**PETITION PURSUANT TO 28 U.S.C. SECT. 2254, FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY-PLAINTIFF'S SEEKS HABEAS CORPUS RELIEF, RELEASE FROM STATE CUSTODY, UNDER THE UNITED STATES CONSTITUTION FOR VIOLATION OF PLAINTIFF'S FOURTH, SIXTH, EIGHTH AND FOURTEENTH AMENDMENT RIGHTS, NAMELY RIGHT TO PRIVACY, RIGHT TO COUNSEL, RIGHT TO A FAIR TRIAL, RIGHT TO BE PRESENT, RIGHT TO A JURY TRIAL, RIGHT TO DUE PROCESS OF LAW AND RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT AND FOR FURTHER IMMEDIATE RELIEF PURSUANT TO 28 U.S.C. 1651, THE ALL WRITS ACT IN AID OF THE JURISDICTION OF THIS COURT. BRIEF SUPPLEMENT**

RECEIVED
SEP 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Jerry L. Dier, most Interested son of DOROTHY DIER was allowed by Aging to visit My Mother DOROTHY DIER yesterday, Thursday, September 20, 2007. My Mother was turned on her right hip with her legs locked under her body as best I could determine viewing the outline of her body through the covers. In addition, My Mother's right hand and arm appeared to be locked her body and her left hand and arm under her gown, again, as if, and it hurts me to say, as if tied in a package. My Mother was not coughing nearly as much as on my previous visits during the last two weeks. However, my worst fears, or almost my worst nightmare had come to pass, I was told that My Mother had pneumonia. Physically, My Mother is a very healthy person.. Yet, it is not surprising that she was inflicted with pneumonia by the so called staff at Summit Park, in that as I described in this paper and in some detail on page 68a, My Mother was left day and night with the air conditioning unit blowing on her unprotected back as well as with the window in an opened condition, almost two feet, just a few feet from her over night. The nurse who told me that My Mother had pneumonia also told me that she had been given antibiotics. Apparently, my complaints had reached a level about open windows, air blowing on her unprotected and extreme bouts of deep coughing that Summit Park could go no further with their apparent scheme to make my complaints Moot. Mom's fighting spirit is still alive and well, a male nurse told me that she was complaining as he was treating her, and while he was describing her talking to him, My Mother raised her head somewhat and looked at both of us, so as to say I hear and understanding everything. In spite of this sign and the apparent reduction in bouts of coughing I am still very much concerned. I observed what appeared to be reddish sediment in My Mother's urine which was collected in a bag, and was dark to reddish

brown in color. I brought this to the attention of both nurses and the most that was either said or done was that they were unaware of this, did not know what it meant, but would watch it. It is clear that unless I bring matters to the attention of the medical staff at Summit Park little if anything is done to help My Mother, but much is done to harm her.

In all due respect to this Court, no totally innocent person due to their age should be held in captivity in such a manner. I do not know what further action Summit Park may take against My Mother. Again, the time is **now,** on an *urgen*t basis, to grant relief to My Mother, while relief is still possible.

_____

Jerry L. Dier, pro se, in behalf of My Mother, DOROTHY DIER

11448 Rowley Rd.

Clarksville, MD. 21029

(202) 276-8716)

Verification

I, Jerry L. Dier, declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on September 20, 2007.

_____
JERRY L. DIER