THE UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

Case No.07-1637 (JR)

DOROTHY DIER
Incapacitated
Summit Park Holding Facility
1502 Frederick Rd. Catonsville, MD 21228
JERRY L. DIER, her son and next friend
11448 Rowley Rd. Clarksville, MD 21029
(202)276-8716
        Plaintiffs

vs.

PHYLLIS MADACHY, DIRECTOR
OFFICE OF AGING,
HOWARD COUNTY, MARYLAND
Court Appointed Guardian of the Person
DOROTHY DIER held incapacitated
Designated agents, Peggy Rightenauer, Opheila Ross
6751 Gateway Drive, Columbia, MD 21046  and
JUDGE DENNIS SWEENEY,
State of Maryland, Howard County Circuit Court,
Howard County, Maryland
8360 Court Avenue, Ellicott City, MD 21043
Summit Park Health and Rehabilitation Center
Court Ordered Holding Facility
Director, Jacqueline. Hardy and designee Lottie Dorsey
And Doctors Bernhard, Baskeran and Tansandra and
Unit manager, Kim Williams and
Charge nurse, Richards, amongst others
1502 Old Frederick Rd.
Catonsville, MD  21228
        Defendants

Petition for a Writ of
Habeas Corpus for a
Person found Incapacitated

In State Custody

In The
Howard County
Circuit Court
Case No: 13-C-0563324

*[handwritten: EMERGENCY MOTION FOR STAY]*

**PETITION PURSUANT TO 28 U.S.C. SECT. 2254, FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY-PLAINTIFF'S SEEKS HABEAS CORPUS RELIEF, RELEASE FROM STATE CUSTODY, UNDER THE UNITED STATES CONSTITUTION FOR VIOLATION OF PLAINTIFF'S FOURTH, SIXTH, EIGHTH AND FOURTEENTH AMENDMENT RIGHTS, NAMELY RIGHT TO PRIVACY, RIGHT TO COUNSEL, RIGHT TO A FAIR TRIAL, RIGHT TO BE PRESENT, RIGHT TO A JURY TRIAL, RIGHT TO DUE PROCESS OF LAW AND RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT AND FOR FURTHER IMMEDIATE RELIEF PURSUANT TO 28 U.S.C. 1651, THE ALL WRITS ACT IN AID OF JURISDICTION-SUPP. FILING REQUEST FOR STAY PURSUANT TO ALL WRITS ACT**

RECEIVED
OCT - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLEASE BE ADVISED, that the State of Maryland Howard County Circuit Court has set a hearing date on October 3, 2007, at 9 a.m. before State of Maryland Howard County Circuit Court Judge Dennis M. Sweeney. Your Petitioner by and through her son Jerry L. Dier filed a request with the Howard County Circuit Court on September 21, 2006, to convert the October 3, 2007, Request to Withhold and Withdraw Treatment hearing to a status/scheduling conference, as he had filed seventeen, 17, motions on September 21, 2007, including substantial discovery requests. On September 21, 2007, I, Jerry L. Dier did not know that this Court had already, September 20, 2007, scheduled a status hearing date also for October 3, 2007. Jerry L. Dier received notice of this Court's decision on the afternoon of September 25, 2007, by U.S. mail, and immediately drew up a request and filed said request with the Howard County Circuit Court advising them of the fact that this Court had scheduled a status date on the substantial questions concerning life and liberty under the Constitution of the United States, noted in my papers before this Court, that had also been filed in the Howard County Circuit Court. In my filing in the Howard County Circuit Court on September 21, 2007, I both referred to my FEDERAL filing and provided the Howard County Circuit Court a copy of said paper.

PLEASE BE FURTHER ADVISED that I, Jerry L. Dier contacted the Howard County Circuit Court on Octotber 1, 2007. I was informed in the late afternoon that amongst the seventeen motions that I filed on September 21, 2007 and the one request filed on September 25, 2007, including but not limited to requests To Transfer the matter outside Howard County, to Remove Judge Dennis M. Sweeney,

to Remove the Office of Aging, to Remove Court appointed counsel Anthony Doyle, assorted Discovery requests, such as Production of Documents Interrogatories and Documents-Specific requests as regards expert witnesses, including but not limited to a Motion to exclude and a M*otion in limine*, and Requests to Dismiss based on an assortment of Constitutional grounds, violations of the State of Maryland Declaration of Rights and failure to comply with Maryland law, Maryland Rules and Maryland case law, also including but not limited to the fact that Aging's request is based on an alleged Non Existent June 7, 2007, Order, all reasonable and necessary in order to effectively prepare for and execute my role as an "interested person" in any hearing of such magnitude involving My Mother DOROTHY DIER, wherein the request before the Court is to withhold and withdraw treatment, the Howard County Circuit Court had denied my Requests to Remove filed on September 21, 2007 and my request to Reschedule filed on September 25, 2007. I was further told that the matter of life and death to My Mother DOROTHY DIER would be heard as scheduled before State of Maryland Howard County Circuit Court Judge Dennis M. Sweeney and it was my choice as whether or not I would attend..

UPON receiving this information from the Howard County Circuit Court, I immediately contacted this Court's chambers and spoke to the law clerk. I informed her that tomorrow morning, Tuesday, October 2, 2007, I would be filing an Urgent request with this Court to STAY the Howard County Circuit Court hearing before Judge Dennis M. Sweeney, set for 9 a.m. on October 3, 2007.

  **LET IT BE KNOWN, that I am deathly afraid for My Mother DOROTHY DIER, that further retaliatory actions will be taken against her. In my filing before this Court dated September 21, 2007, I informed this Court that I had been told that My Mother was inflicted with "pneumonia" and further I had observed what appeared to be blood in her urine. I further informed this Court that the window to My Mother's room had been left open and in addition, I had found the blower from the air conditioner, only 2 to 3 feet from My Mother's face blowing cold air both directly on her as well as her back, depending on which way she had been turned, and on one occasion My Mother's gown was pulled down in the back directly facing the air conditioner blower. Moreover, as recently as Sunday, September 30, 2007, I had found the blower turned on High blowing cold air on My Mother's face and left leg and the temperature setting at 50 degrees. Just a few days earlier I had found the Temperature setting at 40 degrees and the air conditioner blower right in My Mother's face. On Monday, October 1, 2007, I found the window open, however, the air conditioner was not blowing cold air. I informed the nurse I informed the nurse on duty and she said she would leave a note that the window was to be closed at nightfall. As this Court must realize, My Mother is at their Mercy, and the powers to be named in my filed papers appear to be bent on making, with all deliberate attempt and design, the matter before this Court, the life and liberty of My Mother DOROTHY DIER, Moot.**

  **LET IT BE FURTHER KNOWN that I fear greatly for the well being of My Mother and although I am an experienced litigator, I am very concerned that the State of Maryland Howard County Circuit Court Judge Dennis M. Sweeney will do**

4

everything in his power, which in Maryland, apparently has now limit, to prevent me from both preparing in a meaningful fashion for the status hearing before this Court, as well as from appearing before this Court.

**WHEREFORE,** Your Petitioner by and through her son Jerry L. Dier respectfully requests that this Court in aid of the exercise of its jurisdiction under 28 U.S. C. 1651 of the All Writs Act, issue

1-an Immediate Order of STAY to the State of Maryland Howard County Circuit in File No. 13-C05, 63324, set before State of Maryland Howard County Circuit Court Judge Dennis M. Sweeney, UNTIL AND/OR UNLESS FURTHER NOTICE IS RECEIVED FROM THIS COURT.

2-An Immediate Order to take custody and control of the person of DOROTHY DIER, such that she is removed from the "illegal custody" of the State of Maryland Circuit Court and its agents named in filed papers.

3-An Immediate Order that DOROTHY DIER be escorted by members of the U.S. Marshal's Service from Summit Park, 1502 Old Frederick Rd., Catonsville, Md. 21228 and be taken to a medical facility in the District of Columbia, other then Sibley Hospital and the Washington Hospital Center, so as to be safe, and

4-An Immediate Order granting to DOROTHY DIER any other relief that this Court deems fit, just and proper.

Respectfully submitted,

_____
JERRY L. DIER, for DOROTHY DIER
11448 Rowley Rd.
Clarksville, MD 21029
(202) 276-8716

### Verfication

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct. Executed on October 1, 2007.

_____
Jerry L. Dier

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing Emergency Motion For Stay was served by U.S. mail, postage prepaid, first class and to be hand delivered in Court at tomorrow's hearing, Oct. 3, 2007 to Beverly Heydon, 3430 Courthouse Drive Ellicott City, MD 21043 on 2nd day of October 2007

_____
Jerry L. Dier  JLD 10/2/07

6