## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY DIER, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-1637 (JR) |
| PHYLLIS MADACHY, Director, Office of Aging, Howard County, Maryland, *et al.*, | : |
| Defendants. | : |

### ORDER

For the reasons stated in open court on October 2, 2007, the petition for a writ of habeas corpus [1] is **DENIED**.

JAMES ROBERTSON
United States District Judge